```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FIRST GENERAL CONSTRUCTION       :       CIVIL ACTION
CORP., INC.                      :
                                 :
        v.                       :
                                 :
KASCO CONSTRUCTION CO., INC.,    :       NO. 10-2655

<u>ORDER</u>

AND NOW, this 24th day of May, 2011, upon consideration of defendant's motion for summary judgment (docket entry # 18), plaintiff's response thereto (docket entry # 20), and defendant's reply (docket entry # 23), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (docket entry # 18) is GRANTED;

2. We will enter final judgment in favor of defendant and against plaintiff on all of the Counts in plaintiff's complaint; and

3. The Arbitration Clerk shall LIST this case for arbitration on May 31, 2011 on defendant's counterclaims.

                                BY THE COURT:

                                __\s\Stewart Dalzell